IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KIMBERLY DOUGHERTY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:10-CV-0133 |
| | § | |
| PETCO SOUTHWEST, INC. and | § | |
| PETRA HEARNE, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Consistent with the Memorandum and Order issued today, this case is remanded to the 189th Judicial District Court of Harris County, Texas.

SIGNED on May 28, 2010, at Houston, Texas.

_____

Lee H. Rosenthal
United States District Judge

1